# EXHIBIT E

**U.S. Patent No. US 8,799,083 v. Cracker Barrel Old Country Store, Inc.**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Cracker Barrel Old Country Store ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Cracker Barrel application which is installed on various devices such as smartphones, and tablets ("mobile phone"). Further, the application allows users to perform various functionalities such as finding nearby Cracker Barrel store locations, viewing menus, and joining waitlist. Additionally, the application allows users to order a meal ("service") from the restaurant menu displayed within the application ("receiving at least one request of at least one service related to a restaurant menu").<br><br><br><br>Source: https://www.crackerbarrel.com/Connect/mobile-app |



**CHECK WAIT TIME & JOIN THE WAIT LIST**

On your way? Use the app to check current wait times, add your name to the waitlist and reduce your wait time at your local Cracker Barrel.



**PAY AT THE TABLE**

Skip the register line and pay from your table using our **MOBILE PAY** feature. We accept Apple Pay and Google Pay.



**FIND A LOCATION**

Find the Cracker Barrel store nearest you, get directions and hours, see current wait times, and browse the menu before you stop by.

Source: https://www.crackerbarrel.com/Connect/mobile-app



**ORDER ONLINE**

We've made it even easier to place an order for your favorite Cracker Barrel meal. Browse the menu and order in the app for conveneient pickup, curbside or delivery.

Source: https://www.crackerbarrel.com/Connect/mobile-app



receiving at least one request of at least one service related to a restaurant menu

Source: https://www.crackerbarrel.com/Connect/mobile-app

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

4

| | |
|---|---|
| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after selection of the meal options, the user receives the bill for the ordered meal ("bill for the at least one service") through the Cracker Barrel application ("a system of a restaurant") installed on the user's smartphone.<br><br><br><br>Source: https://www.crackerbarrel.com/products-and-services/pay (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] performing a self-checkout by a at least | Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. |

5

| | |
|---|---|
| one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the user receives the bill, the application allows the user to pay the bill through a Mobile Pay ("self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system") feature where the user pays the bill from the phone using credit card, Apple Pay or Google Pay ("without interaction with staff associated with the restaurant").<br><br> — payment for the at least one service is submitted via the mobile phone<br><br>Source: https://www.crackerbarrel.com/products-and-services/pay<br><br> |

|  | Source: https://www.crackerbarrel.com/products-and-services/pay<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|

7

## 2. List of References

1. https://www.crackerbarrel.com/Connect/mobile-app, last accessed on 02 May, 2024.
2. https://www.crackerbarrel.com/products-and-services/pay, last accessed on 02 May, 2024.