# EXHIBIT F

**U.S. Patent No. US 8,224,700 v. Cracker Barrel Old Country Store, Inc.**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method of restaurant customer management, comprising: logging a customer unit into a restaurant pre-dining system with a mobile phone of the customer unit; | Cracker Barrel Old Country Store ("Company") performs and/or induces others to perform a method of restaurant customer management, comprising: logging a customer unit into a restaurant pre-dining system with a mobile phone of the customer unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Cracker Barrel application ("a restaurant pre-dining system") which is installed on various devices such as smartphones, and tablets ("mobile phone"). Further, the application allows users ("customer") to sign in to the application ("logging a customer unit into a restaurant pre-dining system"). Additionally, the application allows users to perform various functionalities such as finding nearby Cracker Barrel store locations, viewing menus, and joining waitlist.<br><br> |

Source: https://www.crackerbarrel.com/Connect/mobile-app



**CHECK WAIT TIME & JOIN THE WAIT LIST**

On your way? Use the app to check current wait times, add your name to the waitlist and reduce your wait time at your local Cracker Barrel.



**PAY AT THE TABLE**

Skip the register line and pay from your table using our **MOBILE PAY** feature. We accept Apple Pay and Google Pay.



**FIND A LOCATION**

Find the Cracker Barrel store nearest you, get directions and hours, see current wait times, and browse the menu before you stop by.

Source: https://www.crackerbarrel.com/Connect/mobile-app



**ORDER ONLINE**

We've made it even easier to place an order for your favorite Cracker Barrel meal. Browse the menu and order in the app for conveneient pickup, curbside or delivery.

3

Source: https://www.crackerbarrel.com/Connect/mobile-app



logging a customer unit into a restaurant pre-dining system

Source: https://qa-locations.crackerbarrel.com/products-and-services/pay (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

4

| | |
|---|---|
| [1.1] responsive to logging the customer unit into the restaurant pre-dining system, placing the customer unit on a waiting list for a table; | Company performs and/or induces others to perform a step: responsive to logging the customer unit into the restaurant pre-dining system, placing the customer unit on a waiting list for a table.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after signing in, the application provides the users an option to join a waiting list ("placing the customer unit on a waiting list for a table") based on the availability of table in the restaurant.<br><br>**CHECK WAIT TIME & JOIN THE WAIT LIST**<br>On your way? Use the app to check current wait times, add your name to the waitlist and reduce your wait time at your local Cracker Barrel.<br><br>Source: https://www.crackerbarrel.com/Connect/mobile-app<br><br>• <u>Online waitlist</u> – Guests can visit Cracker Barrel's **ONLINE WAITLIST** to request a table from the comfort of their own home or vehicle to reduce their onsite wait time. Upon arrival, guests will be greeted by a host on the front porch to let them know when they will be seated. Employees will be staged throughout the store or porch to ensure social distancing. In the event of a long wait time or large crowds, guests will be asked to stay in their car until they are notified via text message that their table is ready.<br><br>Source: https://www.crackerbarrel.com/newsroom/news-releases/2020/nov/enjoy-thanksgiving-traditions-safely |

| | |
|---|---|
| | <br><br>Source: https://play.google.com/store/apps/details?id=com.crackerbarrel.app&hl=en_US&gl=US<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] paging the mobile phone with a page that notifies the customer unit that the table is ready for the customer unit; | Company performs and/or induces others to perform a step of paging the mobile phone with a page that notifies the customer unit that the table is ready for the customer unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user joins the waitlist, the application allows the user to check the current wait time, such that the user receives a notification via text message that the table is ready ("notifies the customer unit that the table is ready for the customer unit"). |



**CHECK WAIT TIME & JOIN THE WAIT LIST**

On your way? Use the app to check current wait times, add your name to the waitlist and reduce your wait time at your local Cracker Barrel.

Source: https://www.crackerbarrel.com/Connect/mobile-app

- Online waitlist – Guests can visit Cracker Barrel's **ONLINE WAITLIST** to request a table from the comfort of their own home or vehicle to reduce their onsite wait time. Upon arrival, guests will be greeted by a host on the front porch to let them know when they will be seated. Employees will be staged throughout the store or porch to ensure social distancing. In the event of a long wait time or large crowds, guests will be asked to stay in their car until they are notified via text message that their table is ready.

Source: https://www.crackerbarrel.com/newsroom/news-releases/2020/nov/enjoy-thanksgiving-traditions-safely

7

| | |
|---|---|
| | <br><br>notifies the customer unit that the table is ready for the customer unit<br><br>Source: https://play.google.com/store/apps/details?id=com.crackerbarrel.app&hl=en_US&gl=US (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3] sending an interactive restaurant menu to the mobile phone; | Company performs and/or induces others to perform a step of sending an interactive restaurant menu to the mobile phone and receiving at least one customer request of at least one service of the restaurant from the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

8

| | |
|---|---|
| receiving at least one customer request of at least one service of the restaurant from the mobile phone; | For example, the application displays the restaurant menu ("sending an interactive restaurant menu to the mobile phone") such that the user orders a food item from the displayed restaurant menu ("receiving at least one customer request of at least one service").  Interactive restaurant menu  Source: https://play.google.com/store/apps/details?id=com.crackerbarrel.app&hl=en_US&gl=US (annotated)  Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

9

| | |
|---|---|
| [1.4] uploading, by a post-dining system of the restaurant, a bill for the at least one service from a point of sale system of the restaurant to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a post-dining system of the restaurant, a bill for the at least one service from a point of sale system of the restaurant to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after completion of the order ("post-dining"), the user receives the bill for the ordered meal ("a bill for at least one service") through the application installed on the user's smartphone. Further, the Cracker Barrel restaurants comprises a point-of-sale system that allows users to pay for the order from the table. Therefore, upon information and belief, the bill is uploaded from the point-of-sale system of the restaurant to the application.<br><br><br><br>Source: https://www.crackerbarrel.com/products-and-services/pay (annotated)<br><br>Revenue recognition – Revenue consists primarily of sales from restaurant and retail operations. The Company recognizes revenue when it satisfies a performance obligation by transferring control over a product or service to a restaurant guest, retail customer or other customer. The Company recognizes revenues from restaurant sales when payment is tendered at the point of sale, as the Company's performance obligation to provide food and beverages is satisfied. The Company recognizes revenues from retail sales when payment is tendered at the point of sale, as the Company's performance obligation to provide merchandise is satisfied. Ecommerce sales, including shipping revenue, are recorded upon delivery to the customer. Additionally, the Company provides for estimated returns based on return history and sales levels. The Company's policy is to present sales in the Consolidated Statements of Income on a net presentation basis after deducting sales tax. |

10

| | |
|---|---|
| | Source: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001067294/000114036123045201/brhc20058683_10k.htm  Source: https://www.crackerbarrel.com/Connect/mobile-app  Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.5] performing a customer self-checkout whereby payment for the at least one service is submitted by the customer unit via the mobile phone to the point of sale system. | Company performs and/or induces others to perform a step of performing a customer self-checkout whereby payment for the at least one service is submitted by the customer unit via the mobile phone to the point-of-sale system.  This element is infringed literally, or in the alternative, under the doctrine of equivalents.  For example, after the user receives the bill, the application allows the user to pay the bill through a Mobile Pay ("customer self-checkout") feature where the user pays the bill from the phone using credit card, Apple Pay or Google Pay ("payment for the at least one service is submitted by the customer unit via the mobile phone to the point-of-sale system").   *annotation: payment for the at least one service is submitted via the mobile phone* |

11

Source: https://www.crackerbarrel.com/products-and-services/pay

Revenue recognition – Revenue consists primarily of sales from restaurant and retail operations.  The Company recognizes revenue when it satisfies a performance obligation by transferring control over a product or service to a restaurant guest, retail customer or other customer.  The Company recognizes revenues from restaurant sales when payment is tendered at the point of sale, as the Company's performance obligation to provide food and beverages is satisfied.  The Company recognizes revenues from retail sales when payment is tendered at the point of sale, as the Company's performance obligation to provide merchandise is satisfied.  Ecommerce sales, including shipping revenue, are recorded upon delivery to the customer.  Additionally, the Company provides for estimated returns based on return history and sales levels.  The Company's policy is to present sales in the Consolidated Statements of Income on a net presentation basis after deducting sales tax.

Source: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001067294/000114036123045201/brhc20058683_10k.htm



Source: https://www.crackerbarrel.com/Connect/mobile-app

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2. List of References

1. https://www.crackerbarrel.com/Connect/mobile-app, last accessed on 03 May, 2024.
2. https://qa-locations.crackerbarrel.com/products-and-services/pay, last accessed on 03 May, 2024.
3. https://www.crackerbarrel.com/newsroom/news-releases/2020/nov/enjoy-thanksgiving-traditions-safely, last accessed on 03 May, 2024.
4. https://play.google.com/store/apps/details?id=com.crackerbarrel.app&hl=en_US&gl=US, last accessed on 03 May, 2024.
5. https://www.crackerbarrel.com/privacy, last accessed on 03 May, 2024.
6. https://www.crackerbarrel.com/products-and-services/pay, last accessed on 03 May, 2024.
7. https://www.sec.gov/ix?doc=/Archives/edgar/data/0001067294/000114036123045201/brhc20058683_10k.htm, last accessed on 03 May, 2024.